

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-24-00072-CV

ROEL GUERRA, APPELLANT

V.

MARIA FABIOLA GUERRA, APPELLEE

On Appeal from the 229th District Court
Starr County, Texas
Trial Court No. DC-23-226, Honorable Baldemar Garza, Presiding

March 4, 2024

## ORDER OF ABATEMENT

Before QUINN, C.J., and PARKER and YARBROUGH, JJ.

Appellant, Roel Guerra, appeals from the trial court's *Order Granting Motion to Compel Trust Accounting* and *Order Awarding Attorney's Fees*.[1]  Now pending before the Court is Appellant's motion to abate the appeal so that the parties can mediate their dispute.  The parties are scheduled to mediate on March 12, 2024.  To expedite the disposition of this appeal and in the interest of conservation of judicial resources, we grant

---

[1] Originally appealed to the Fourth Court of Appeals, this appeal was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts.  *See* TEX. GOV'T CODE ANN. § 73.001.

the motion, abate the appeal, and stay all further proceedings. The cause will be removed from this Court's active docket and treated as a suspended case. All appellate deadlines are hereby suspended until further order of the Court.

The parties are directed to file a status report of their settlement negotiations with the Clerk of this Court within sixty days of this order. Should the parties reach a settlement agreement within sixty days and seek to dismiss this appeal, Appellant shall file a motion to dismiss in compliance with Rule of Appellate Procedure 42.1(a) and (d).

It is so ordered.

Per Curiam